IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL VEGA IN HIS PERSONAL
CAPACITY AND AS PRESIDENT OF
DYNAMIC IMAGE TECHNOLOGIES
  Plaintiffs
        v.                                        CIVIL NO. 97-2187 (DRD)
UNITED STATES OF AMERICA
  Defendants

## JUDGMENT

For the reasons set forth in the opinion and order of this same date, plaintiff's complaint is

**DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction.

Date: September 30, 1999                    DANIEL R. DOMINGUEZ
                                            U.S. DISTRICT JUDGE